THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE C. POTTER, Appellant, *v.* CLARENCE W. SMITH, as Mayor of the City of Johnstown, et al., Respondents.

*People ex rel. Potter* v. *Smith*, 169 App. Div. 906, reversed.
(Argued September 30, 1915; decided October 19, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 7, 1915, which confirmed on certiorari an assessment made by the city engineer of the city of Johnstown against lands of the relator and a determination of the common council of said city confirming said assessment.

*Anson Getman* and *Alfred D. Dennison* for appellant.

*Fred Linus Carroll* and *Edwin Baylies* for respondents.

Order of Appellate Division reversed, with costs, and assessment annulled on opinion of WILLARD BARTLETT, Ch. J., in *People ex rel. Empie* v. *Smith* (216 N. Y. 95).

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.